**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ROSALIND DAVIDOWITZ, et al,    Index No. 08 civ 6962
        Plaintiff(s),

    -against-    AFFIDAVIT OF SERVICE

WILLIAM PATRIDGE,
        Defendant(s).
---------------------------------------------------------X
STATE OF OREGON    )
                             S.S.
COUNTY OF JACKSON   )

    Dennis Gates, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

    That on the 7th day of August, 2008, at approximately the time of 4:50 P.M., deponent served a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET, JUDGES & MAGISTRATES RULES and ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon William Patridge at EcoSolutions, Intl., 295 East Main Street, Suite 1, Ashland, OR 97520, by personally delivering and leaving the same with 'John Doe,' who refused to reveal his name, a person of suitable age and discretion at that address, the actual place of employment. At the time of service, deponent asked whether William Patridge is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    John Doe is a white male, approximately 30 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 170 pounds with black hair and dark eyes.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

That on the 8th day of August, 2008, deponent served another copy of the foregoing upon William Patridge by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City of Ashland and State of Oregon, addressed as follows:

William Patridge
C/O EcoSolutions, Int.
295 East Main Street, Suite 1
Ashland, OR 97520

_____
DENNIS GATES

Sworn to before me this
~~20~~ 25TH day of August, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
KRISTEEN L MARTIN
NOTARY PUBLIC - OREGON
COMMISSION NO. 405874
MY COMMISSION EXPIRES JULY 23, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com