
# THOMPSON HINE
ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

## MEMO ENDORSED


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 26, 2008

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 27 2008
UNITED STATES DISTRICT JUDGE

RE: *Davidowitz, et al. v. Patridge*, 08-cv-6962 (NRB)(MHD)

Dear Judge Buchwald:

We represent the defendant, William Patridge, who very recently retained our firm to represent him in connection with the above-referenced matter. This letter is to request an extension of time, until September 22, 2008, to respond to the complaint.

Defendant's response is presently due on August 27, 2008. No previous request for an extension has been made. Because defendant has agreed to waive any objections regarding personal service, opposing counsel has consented to this adjournment.

If the court should have any questions regarding this request, please do not hesitate to contact me at (212) 908-3971. Thank you.

Very truly yours,

Jeanette Rodriguez-Morick

cc: Anthony Galano, Esq. (*By Email*)

[Handwritten endorsement in right margin: So ordered. / Buchwald / 9/2/08]

---

Jeanette.Rodriguez-Morick@ThompsonHine.com   Phone 212.908.3971   Fax 212.344.6101   dw 167068.1

THOMPSON HINE LLP   335 Madison Avenue   www.ThompsonHine.com
ATTORNEYS AT LAW   12th Floor   Phone 212.344.5680
New York, New York 10017-4611   Fax 212.344.6101